| | | |
|---|---|---|
| **BRADLEY GUILLORY** | : | 14TH JUDICIAL DISTRICT COURT |
| VERSUS NO.: 2014-3676, Div "A" | : | PARISH OF CALCASIEU |
| **CITGO PETROLEUM CORPORATION** **AND CAMIN CARGO CONTROL, INC.** | : | STATE OF LOUISIANA |
| FILED: SEP 1 1 2014 | : | _Shelbra Lynn Hardy_ DEPUTY CLERK OF COURT |

SCANNED
SEP 17 2014

1 conf.

## PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes, **BRADLEY GUILLORY**, (hereinafter referred to as "Guillory") competent major and a resident of Calcasieu Parish, Louisiana, who respectfully petitions this court for an award of damages, for the following reasons, to-wit:

1

Made Defendant herein is **CITGO PETROLEUM CORPORATION**, (hereinafter referred to as "Citgo"), a foreign corporation authorized to do and doing business in the state of Louisiana who may be served through its registered agent for service of process, CT Corporation System, 5615 Corporate Blvd., Ste 400B, Baton Rouge, Louisiana 70808.

2.

Made Defendant herein is **CAMIN CARGO CONTROL, INC.**, (hereinafter referred to as "Camin"), a foreign corporation authorized to do and doing business in the state of Louisiana who may be served through its registered agent for service of process, Charles Schrumpf, 2304 East Burton St., Sulphur, Louisiana 70663 or 802 S. Huntington St., Sulphur, LA 70663

3.

Venue is proper in the 14th Judicial District Court pursuant to Louisiana Code of Civil Procedure Article. This is an action against a business corporation and its insured and the loss occurred in Calcasieu Parish, Louisiana.

4.

The accident in question occurred on May 3, 2014 in Calcasieu Parish, Louisiana.


Filing Date: 09/11/2014 12:00 AM
Case Number: 2014-003676
Document Name: PETITION
Page Count: 6

PROCESSED
Date: SEP 1 5 2014


Date 09-11-2014
Check # 651183
From The Townsley Law
Amt $375.00
Rec'd by CL

5.

**Citgo** hired **Camin** to test and pull samples from each rail car at their plant after SGS Petroleum Company opened the rail cars.

6.

SGS Petroleum Company was hired by **Citgo** as operator of the project to unload the rail cars to the pipeline.

7.

**Guillory** was working for SGS Petroleum Company at the time of the accident.

8.

On May 3, 2014 **Guillory** was on top of a rail car to unbolt the hatch to vent the flammable gas inside.

9.

**Guillory** was using an impact wrench, believed to belong to **Citgo** or **Camin,** to unbolt the hatch when suddenly and without warning the wrench sparked igniting the gas causing **Guillory** no choice but to jump from the rail car to the ground.

10.

It is believed upon information that the impact wrench being used by **Guillory** at the time of the accident was owned by **Citgo** and/or **Camin.**

11.

Plaintiff alleges that the defendant, **Citgo**, was negligent in the following non-exclusive particulars:

a. Failing to properly train its employees how to operate and maintain equipment;

b. Failing to properly supervise its employees;

c. Failing to properly maintain its equipment;

d. Failure to inspect the equipment to insure against unsafe conditions;

e. Failing to provide enough employees to complete the job;

f. Failure to provide the correct proper equipment to safely complete the job;

g. Failure to warn Bradley Guillory of the dangerous condition of their tool;

    h.    Allowing the equipment to become dangerous without taking precautions to safeguard the safety of individuals working at their facility.

12.

Defendant, **Citgo**, is liable under the doctrine of respondeat superior for the negligent actions of its employee(s) who were acting within the course and scope of their employment at the time of the accident.

13.

Plaintiff alleges that the defendant, **Camin**, was negligent in the following non-exclusive particulars:

    a.    Failing to properly train its employees how to operate and maintain equipment;

    b.    Failing to properly supervise its employees;

    c.    Failing to properly maintain its equipment;

    d.    Failure to inspect the equipment to insure against unsafe conditions;

    e.    Failing to provide enough employees to complete the job;

    f.    Failure to provide the correct proper equipment to safely complete the job;

    g.    Failure to warn Bradley Guillory of the dangerous condition of their tool;

    h.    Allowing the equipment to become dangerous without taking precautions to safeguard the safety of individuals working at their facility.

14.

Defendant, **Camin**, is liable under the doctrine of respondeat superior for the negligent actions of its employee(s) who were acting within the course and scope of their employment at the time of the accident.

15.

At all material times herein mentioned, Defendant, **Citgo**, had in full force and effect a policy of general liability insurance providing coverage for liabilities.

16.

At all material times herein mentioned, Defendant, **Camin**, had in full force and effect a policy of general liability insurance providing coverage for liabilities.

17.

**Citgo and Camin** breached a legal duty owed to **Guillory**, which resulted in injuries and damages for which **Citgo and Camin** are liable.

18.

As a result of the above-described accident, petitioner, **Guillory** sustained injuries to his body as a whole, including, but not limited to left foot, face and neck. As a further result of the above described accident, petitioner, **Guillory,** has suffered emotionally, mentally and physically as a result of his injuries, causing past, present and future mental and physical pain and suffering, mental anguish and emotional distress. Additionally, he has suffered loss of enjoyment of life, past, present and future, past, present and future, lost wages and loss of earning capacity all for which he is entitled to recover from the defendants in a reasonable amount to be fixed by this Honorable Court.

19.

**Guillory** in no way contributed to the incident and had no opportunity to avoid the injuries and losses sustained, as the incident and resulting damages were caused solely, exclusively and proximately by the fault, negligence, and carelessness of the defendants, **Citgo and Camin.**

WHEREFORE, PETITIONER PRAYS that the defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor of **Guillory** against defendants, **Citgo and Camin** for a reasonable amount of general damages, special damages, past, present and future loss of enjoyment of life, past, present and future medical expenses, past, present and future lost wages, loss of earning capacity and pain and suffering, costs of these proceedings and interest thereon. PETITIONER FURTHER PRAYS for judgment against the above named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,
**TOWNSLEY LAW FIRM, LLP**


_____
**REX D. TOWNSLEY**, LSBA Roll No. 12886
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**PLEASE SERVE DEFENDANTS AS SET FORTH IN PARAGRAPH ONE AND TWO OF THE PETITION.**

# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE MIDDLETON
JORDAN Z. TAYLOR
JUSTIN T. MORALES

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

September 11, 2014

Honorable H. Lynn Jones, II
Clerk of Court, Calcasieu Parish
14th Judicial District
Lake Charles, Louisiana 70601

Re:   Bradley Guillory v. Citgo Petroleum Corp., et al

Dear Mr. Jones:

Enclosed please find the original and three (3) copies of the Petition for Damages, Request for Notice, and Bodily Injury Reporting Form to be filed in the above captioned matter. I ask that you please file the original in the suit record of this matter, serve the defendants as outlined in the pleadings and return a conformed copy of all to my office.

Also enclosed is my firm's check in the amount of $375.00 to cover the filing fees associated with the attached pleadings. Should you have any questions please feel free to contact my office at the above number.

With kindest regards, I am

Sincerely,

Rex D. Townsley

REX D. TOWNSLEY

RDT/agf
Enclosures

| | | |
|---|---|---|
| BRADLEY GUILLORY | : | 14TH JUDICIAL DISTRICT COURT |
| VERSUS NO.: 2014-3676, Div "A" | : | PARISH OF CALCASIEU |
| CITGO PETROLEUM CORPORATION AND CAMIN CARGO CONTROL, INC. | : | STATE OF LOUISIANA |
| FILED: SEP 1 1 2014 | : | _____<br>DEPUTY CLERK OF COURT |

### REQUEST FOR WRITTEN NOTICE OF ANY AND ALL ORDERS, JUDGMENTS AND ASSIGNMENTS MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to provide us, counsel for **Bradley Guillory**, plaintiff in the above numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules or the merits thereof.

And, in accordance with the provisions of Articles 1913 and 1914 of the Code of Civil Procedure, you are additionally requested to send notice of any order or judgment rendered or made in this case immediately upon the entry or rendition of any such order or judgment.

Thank you for your cooperation.

Respectfully submitted,
**TOWNSLEY LAW FIRM, LLP**

_____
**REX D. TOWNSLEY**, LSBA Roll No. 12886
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

Filing Date: 09/11/2014 12:00 AM
Case Number: 2014-003676
Document Name: REQUEST WRITTEN NOTICE
Page Count: 1

FILED **SEP 1 1 2014**

Deputy Clerk of Court
Calcasieu Parish, Louisiana

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet – LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

**Bradley Guillory** Vs. **Citgo Petroleum Corporation and Camin Cargo Control, Inc.**

**Court:** 14th JDC   **Docket No.:** 14-3676A
**Parish of Filing:** Calcasieu   **Filing Date:** SEP 1 1 2014

**Name of Lead Petitioner's Attorney:** Rex D. Townsley, The Townsley Law Firm, LLP
**Name of Self-Represented Litigant:** _____
**Number of named petitioners:** 1   **Number of named defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ___ Auto: Personal Injury
- ___ Auto: Wrongful Death
- ___ Asbestos: Property Damage
- ___ Product Liability
- ___ Intentional Bodily Injury
- ___ Intentional Wrongful Death
- ___ Business Tort
- ___ Defamation
- ___ Environmental Tort
- ___ Intellectual Property
- ___ Legal Malpractice
- ___ Other Professional Malpractice
- ___ Maritime
- ___ Wrongful Death
- ___ General Negligence
- ___ Auto: Property Damage
- ___ Auto: Uninsured Motorist
- ___ Asbestos: Personal Injury/Death
- ___ Premise Liability
- ___ Intentional Property Damage
- ___ Unfair Business Practice
- ___ Fraud
- ___ Professional Negligence
- ___ Medical Malpractice
- ___ Toxic Tort
- ___ Other Tort (described below)
- ___ Redhibition
- ___ Class Action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:
_____
_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

**Name, address and contact information of person completing this form:**
**Name:** Rex D. Townsley
**Address:** 3102 Enterprise Blvd.   **SIGNATURE**
Lake Charles, LA 70601   rex@townsleylawfirm.com
**Telephone:** 337-478-1400   **EMAIL**



Filing Date: 09/11/2014 12:00 AM   Page Count: 1
Case Number: 2014-003676
Document Name: Damages - Supreme Court Form

| | Citation  | |
|---|---|---|
| BRADLEY GUILLORY<br>VS.   2014-003676<br>CITGO PETROLEUM<br>CORPORATION AND CARMIN<br>CARGO CONTROL INC | | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   CITGO PETROLEUM CORPORATION THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE, LA  70808

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of BRADLEY GUILLORY,   (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 11th day of September 2014.

Issued and delivered September 15, 2014

*Byron Wilkinson*
Byron Wilkinson
Deputy Clerk of Court

---

**SERVICE INFORMATION**

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE       $_____        BY:   _____
                                       Deputy Sheriff
MILEAGE       $_____

TOTAL   $_____

Party No.   P001

---

CMS450835
Filing Date: 09/15/2014 11:59 AM     Page Count: 1
Case Number: 2014-003676
Document Name: Citation

[ File Copy ]
CMS0085                                                          Page 1 of 1

| | | |
|---|---|---|
| BRADLEY GUILLORY<br>VS.   2014-003676<br>CITGO PETROLEUM<br>CORPORATION AND CARMIN<br>CARGO CONTROL INC | Citation<br> | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   CAMIN CARGO CONTROL INC

   THROUGH ITS AGENT FOR SERVICE: CHARLES SCHRUMPF
   2304 EAST BURTON ST
   SULPHUR, LA 70663

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of BRADLEY GUILLORY,   (PETITION FOR DAMAGES)   against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 11th day of September 2014.

Issued and delivered September 15, 2014.

_____<br>
Byron Wilkinson<br>
Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE   $_____      BY:   _____
MILEAGE   $_____                Deputy Sheriff

TOTAL $_____

Party No.   P001

CMS4508838
Filing Date: 09/15/2014 12:02 PM   Page Count: 1
Case Number: 2014-003676
Document Name: Citation

[ File Copy ]
CMS0085                                                                                       Page 1 of 1



Citation

BRADLEY GUILLORY
VS.  2014-003676
CITGO PETROLEUM
CORPORATION AND CARMIN
CARGO CONTROL INC

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  CAMIN CARGO CONTROL INC

THROUGH ITS AGENT FOR SERVICE: CHARLES SCHRUMPF
2304 EAST BURTON ST
SULPHUR, LA 70663

3801 MAplewood DR

FILED SEP 2 2 2014
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of BRADLEY GUILLORY, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 11th day of September 2014.

Issued and delivered September 15, 2014

Byron Wilkinson
Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the 17 day of 9 20 14, and on the 17 day of 9 20 14, served the above named party as follows: Charles Schrumpf thou

PERSONAL SERVICE on the party herein named Jackie Burns

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF  CAL  this 17 day of 9 20 14

SERVICE     $ _____     BY: B. Wilson 0905 hrs.
MILEAGE    $ 15                  Deputy Sheriff
TOTAL      $ 35.60

Party No.   P001

SCANNED SEP 2 2 2014

CALCASIEU PARISH, LA
SEP 16 PM
TONY MANCUSO

C M S 4 5 0 8 8 3 8
Filing Date: 09/15/2014 12:02 PM   Page Count: 1
Case Number: 2014-003676
Document Name: Citation

[ Original Copy ]
CMS0085

Page 1 of 1

| | Citation | |
|---|---|---|
| BRADLEY GUILLORY<br>VS.   2014-003676<br>CITGO PETROLEUM<br>CORPORATION AND CARMIN<br>CARGO CONTROL INC |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: CITGO PETROLEUM CORPORATION THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE, LA 70808



FILED  SEP 2 4 2014
Emily Hinton
Deputy Clerk of Court
Calcasieu Parish, Louisiana

RECEIVED SEP 19 2014 E.B.R. SHERIFF'S OFFICE

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of BRADLEY GUILLORY, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 11th day of September 2014.

Issued and delivered September 15, 2014

SCANNED SEP 2 6 2014

Byron Wilkinson
Deputy Clerk of Court

SEP 22 2014
I made service on the named party through the CT-Corporation by tendering a copy of this document to
☐ CHASITY CAILLOUET  ☐ TREVOR GAROUTTE  ☒ ANTOINE PIERCE
E. Cummings
Deputy Sheriff Parish of East Baton Rouge, Louisiana

--------

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE    $_____         BY: _____
                                        Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.   P001

Filing Date: 09/15/2014 11:59 AM   Page Count: 1
Case Number: 2014-003676
Document Name: Citation

CMS4508835

[ Original Copy ]
CMS0085

Page 1 of 1